

FILED
3/24/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG



**Littler Mendelson, P.C.**
321 N. Clark St.
Suite 1100
Chicago, IL 60654

Victoria Vanderschaaf
312.795.3236 direct
415.433.1940 main
vvanderschaaf@littler.com

January 6, 2023

**VIA EEOC RESPONDENT PORTAL**

BC

Investigator Daniel Gajda
Chicago District Office - Equal Employment Opportunity Commission
230 S. Dearborn St., Suite 1866
Chicago, IL 60604
Daniel.Gajda@eeoc.gov

**Re: Jing Zhang v. Bank of China (Chicago Branch)**
**Charge No.: 440-2022-09055**

Dear Investigator Gajda:

This firm represents Bank of China (the "Bank") in this matter. We respectfully submit this letter and attached documentation in response to the above-referenced Charge of Discrimination (the "Charge") filed by Complainant Jing (Jessica) Zhang, a current Bank employee.[1]

The Complainant (age 54), represented by counsel, alleges in a conclusory manner and without supporting evidence or facts, that the Bank has "treated her unfairly in terms and conditions of her employment and discipline" because of her sex (female), age, national origin (Chinese), and alleged disabilities (depression and anxiety). She further alleges, again without any factual support, that when she complained of such treatment, the Bank retaliated against her and subjected her to a hostile work environment.[2]

In addition to being false, these allegations are impermissibly vague. EEOC regulations require that a Charge contain "a clear and concise statement of the facts, including pertinent dates, constituting the alleged unlawful employment practices." 29 C.F.R. 1601.12(a)(3). Complainant's Charge alleges no facts beyond her age, gender, and alleged disability. She does not identify any terms or conditions or discipline she claims are discriminatory. She fails to identify any pertinent dates, names of any involved individuals, or even a single example of how she was allegedly subjected to a hostile work

---

[1] The statement of facts and position statement set forth herein are based on the undersigned's knowledge of the facts at the time of this statement of position. The Bank preserves its right to present new or additional facts or arguments based upon subsequently acquired information or evidence. We submit this statement of position to assist the agency in its efforts to investigate or conciliate. While believed to be true and correct in all respects, this statement of position does not constitute an affidavit and is not intended to be used as evidence in any agency, commission, or court proceeding in connection with the above-referenced charge.

[2] All ages in this position statement are as of the date Complainant filed her Charge unless otherwise indicated.

Investigator Daniel Gajda
January 6, 2023

environment. She provides no details about her alleged internal complaint or how she claims to have been a victim of retaliation.

Nonetheless, in this Position Statement, the Bank in good faith addresses the allegations to which Complainant *may* be referring, based on earlier complaints she has made as described herein. The Bank is unable to gather more specifics from Complainant about her claims because she has been on a lengthy medical leave of absence since July 2022.

As the Bank demonstrates in more detail below, Complainant's Charge is without merit, and should be dismissed in its entirety.[3]

## I. FACTUAL BACKGROUND

### A. Background on the Bank

The Bank is an international bank based in China. It has four branches in the United States, located in Chicago, Los Angeles, and two in New York City, currently employing a total of approximately 765 individuals. The Bank provides its customers with a comprehensive range of financial services. In the United States, the Bank has established an integrated service platform based on the pillars of corporate banking, personal banking, financial markets, and other commercial banking business.

Since her hire on June 1, 2015, Complainant has worked in the Bank's Chicago branch, located at 111 South Wacker Drive. Of the 26 individuals employed at the Chicago Branch as of the date Complainant filed her Charge, 13 are female and 13 are male, and 20 of the 26 are Asian. Twelve of these employees (including Complainant) are female and Asian.

### B. The Bank's Relevant Policies

The Bank is an equal opportunity employer and complies with all applicable laws governing discrimination in employment. To that end, its Employees' Guide contains comprehensive Anti-Discrimination, Americans with Disabilities Act (ADA), Anti-Retaliation, and Anti-Harassment Policies that make clear that the Bank will not tolerate workplace conduct that violates these policies. The policies provide detailed reporting procedures for employees to utilize should they have any concerns about discrimination, harassment, or retaliation. (Exhibit A). The Bank promptly investigates any such concerns. Employees who violate or fail to report a suspected violation of this Policy are subject to disciplinary action up to and including termination.

---

[3] The Bank maintains no records as to the alleged disability status of its employees. Thus, in describing individuals who have interacted with or made decisions concerning Complainant's employment status, we make no reference to their disability status as the information is unknown to the Bank.

Investigator Daniel Gajda
January 6, 2023

## C.     Complainant's Job and Promotions

Complainant joined the Bank on June 1, 2015 as an Assistant Vice President. She has enjoyed a series of promotions:  The Bank promoted her to Vice President 1 on or about August 30, 2017, and to Vice President 2 on or about October 5, 2020.  She was next promoted, at the age of 53, to Vice President 3 on November 5, 2021, the role she currently holds.  (Exhibit B).

## D.     Prior Complaints of Unfair Treatment

### 1.     November 2021 Complaint

In mid-November 2021, Complainant complained to Human Resources that more than a year earlier, on September 17, 2020, Ms. Yingying Chen of the Bank's Quality Control Unit ("QCU") (Chinese, age 42) had issued Complainant a warning letter (Exhibit C).  The warning letter stated that a few days earlier, she took a screenshot containing client information and sent it to an external email, in violation of the Bank's Information Security Policy, creating potential operational, financial and reputational risks.[4]  The warning letter cautioned Complainant against such conduct in the future and took no further action against her.

The QCU routinely issues such warning letters, and Complainant was not the only individual by any means who received them.  Indeed, on September 16, 2020, *the day before it sent its warning letter to Complainant*, the QCU issued a warning letter to two other employees, Songqing Guo (Chinese, age 33) and Xiaoxu Zhang (Chinese, age 31), Associates in the Business Management Department.  (Exhibit D) The Bank has no reason to believe that the warning letter issued to Complainant was unfair or discriminatory, and we have found no other warning or disciplinary letters to Complainant either prior to or after September 2020.

In her November 2021 complaint, Complainant also asserted that Branch Manager Zhidan Liu (male, Chinese national origin, age 52, two years younger than Complainant) had mistreated her since he joined the Chicago Branch in July 2019.  She claimed that Mr. Liu referred to her by the Chinese term for "sister," which she felt revealed her relative age to other employees, even though the term by itself does not refer in any way to her age.  For his part, Mr. Liu admitted to Human Resources that he used this term but explained that in doing so he meant to show respect.  Mr. Liu also informed Human Resources that Complainant had repeatedly referred to *him* as "little Liu," which made him uncomfortable.  Nevertheless, Mr. Liu agreed not to use the Chinese term "sister" when addressing Complainant and, he never did again.

Upon completing its review of the matter, the Bank sent Complainant a memo (Exhibit E) summarizing its findings. The Bank found no evidence to support that Mr. Liu had discriminated against or harassed her (on the basis of any protected class or otherwise).  The Bank also pointed out

---

[4] The Bank maintains a "Confidential Nature of Work and Confidentiality" Policy which requires employees to keep information pertaining to its customers strictly confidential. The policy further cautions employees that their failure to comply with its expectations for confidentiality may result in disciplinary action.

Investigator Daniel Gajda
January 6, 2023

to Complainant some examples of favorable treatment Mr. Liu provided her, such as her two most recent promotions and instructing clients to be turned over to her team, CBD-2.

### 2. July 2022 Complaint

Complainant received annual performance evaluations throughout her tenure. In 2016, as an Assistant Vice President, she received an "A" grade. In 2017, she was promoted to Vice President and received a "B+" grade for 2017-18. In 2020, the year she was promoted to Vice President 2, she received a B+ grade. As noted above, in November 2021, at the age of 53, she was promoted to the role she currently holds, Vice President 3.

Complainant never complained to the Bank about any of these grades or promotions.

On July 13, 2022, Complainant's supervisor, Deputy Branch Manager Xu ("David") Yang (male, Chinese national origin, 38 years old) gave Complainant a "B" rating for 2021.[5] In response, on July 14, 2022, Complainant emailed the Bank's management team, stating "I cannot accept the grade that was given as I do not believe it is fair and does not reflect my contribution to Bank of China." (Exhibit G). In her email, Complainant claimed she had been treated for depression resulting from work-related issues and that the 2021 performance evaluation grade caused her depression symptoms to return. She made no complaint of discrimination or retaliation of any kind in her email.

Mr. Yang and Mr. Liu, who had approved the evaluation as Branch Manager, responded to Complainant on July 15, 2022, thanking her for her good job performance and explaining the grounds for her generally favorable performance evaluation. (Exhibit G).

Complainant did not, and has not, returned to work (except for a single day) after she received her performance evaluation. Instead, on July 24, 2022, she submitted a doctor's note claiming that she had been hospitalized from July 19, 2022 through July 22, 2022 and could not return to work until at least August 23, 2022. On August 9, 2022, Complainant applied for disability leave. The Bank granted her repeated requests to extend her leave. Most recently, Complainant briefly returned to work on November 30, 2022, but on the same day, submitted a request to extend her leave through January 31, 2023, which the Bank again granted. (Exhibit H).

To date, since she went on leave, the Bank has reviewed and approved all of Complainant's requests for leave – and any extensions thereto.

### 3. Complaint About Another Employee's Promotion

On September 21, 2022, while on leave, Complainant emailed the Bank's Head of Human Resources Department, Alan Wong (male, 63 years old, Chinese national origin), and Mr. Liu about

---

[5] This rating means that the employee has fulfilled the performance targets and has satisfactory job performance. (See 2021 Performance Commitment and Evaluation Form, attached as Exhibit F.)

Investigator Daniel Gajda
January 6, 2023

the Bank's decision to promote Kailin Wang-Leon (female, 38 years old, Chinese national origin) from Vice President 3 to Vice President 4 on or around September 9, 2022.

Complainant's email (Exhibit I) stated in relevant part:

*"Kailin and I were promoted to VP together in 2017, we both work hard and made good contributions for CHB, however, right now there's a huge gap between my ranking (VP3) and hers. I felt being discriminated [sic] by my age."*

First, Mr. Liu (again, age 52), who made the decision to promote Ms. Wang-Leon, was also the final decisionmaker for Complainant's October 2020 and November 2021 promotions. Mr. Liu promoted Ms. Wang-Leon less than a year after Mr. Liu promoted Complainant in November 2021. All of these individuals are of Chinese national origin. Further, there is no reason to think that their respective ages entered into any promotion decision.

Second, Complainant and Ms. Wang-Leon were and are in completely different jobs, and the promotion of Ms. Wang-Leon was not a promotion to a new job, but only a change to her job level. Thus, this was not a new job that Complainant sought or for which she applied. It was simply a promotion for Ms. Wang-Leon. Complainant and Ms. Wang-Leon were and are in different roles and business units, with different responsibilities and reporting relationships. To be specific, Complainant is in the Business Development Department, responsible for assisting the Deputy Branch Manager in overall business development, asset management and reporting for a portfolio of loans focusing on investment grade companies. In addition, she is expected to manage a portfolio of bilateral and syndicated loans to ensure an appropriate level of risk and return that is consistent with the Bank's strategic direction. Complainant's team is referred to as "CBD-2" (Corporate Banking Department - 2). In her role, Complainant has two direct reports: an AVP and an Associate. (*See* Complainant's Job Description, Exhibit J)

Ms. Wang-Leon, on the other hand, is in the Business Management Department. Her team is the "Middle Desk," which oversees quality control, making sure that the Bank complies with internal risk management programs, developing quality control tests to ensure sound risk management in compliance with regulatory requirements and in line with Bank strategy. In contrast to Complainant, Ms. Wang-Leon has five direct reports: two associates, two AVPs, and two VPs. (*See* Ms. Wang-Leon's Job Description, Exhibit K). Thus, any comparison between the two is without any basis.

Third, it is true that Complainant and Ms. Wang-Leon were both promoted to VP in 2017. However, Ms. Wang-Leon has had to wait longer for her promotions than has Complainant. Ms. Wang-Leon has been with the Bank for more than a year longer than Complainant, having been hired in May 2014, while Complainant was hired in June 2015. Thus, Ms. Wang-Leon's promotion to VP took place after she was employed for three years and two months, while Complainant's promotion to VP took place more swiftly, after she was employed for only two years and three months. Further, Complainant's most recent promotion, in November 2021, took place six years and four months after her hire, while Ms. Wang-Leon's most recent promotion (about which Complainant complains) took place in September 2022, a full *eight years and four months* after her hire.

5

Investigator Daniel Gajda
January 6, 2023

Fourth, there exists no "huge gap" between Complainant's and Ms. Wang-Leon's respective positions, which are only one rank apart. To the contrary, Complainant currently earns *more* than Ms. Wang-Leon—Complainant's current salary is $175,802.14 and Ms. Wang-Leon's $164,275. Further, even as recently as October 28, 2022, the Bank awarded Complainant a 5.4% salary increase, as opposed to the lower, 4.98% salary increase it awarded to Ms. Wang-Leon on the same date. Indeed, at any given point in time during their respective tenures, *Complainant's salary has always been higher than Ms. Wang-Leon's*. Thus, while Complainant has been treated well in comparison to Ms. Wang-Leon, there is no basis for comparing the two.[6]

Finally, as Complainant acknowledged in her email, "we both [*i.e.*, Complainant and Ms. Wang-Leon] work hard and made good contributions for CHB." Thus, Complainant does not dispute that Ms. Wang-Leon deserved her promotion.

## II.     ANALYSIS

### A.     Many of Complainant's Possible Claims Are Time-Barred.

Individuals must file an EEOC charge within 300 days of the alleged discrimination. *Chatman v. Board of Educ.,* 5 F.4th 738, 744 (7th Cir. 2021). A continuing violation theory does not apply to "[d]iscrete acts such as termination, failure to promote, denial of transfer, or refusal to hire." *Nat'l R.R. Passenger Corp. v. Morgan*, 536 U.S. 101, 114 (2002).

Complainant did not file her Charge until September 1, 2022, time-barring any claim about actions that occurred prior to November 5, 2021. Any claim Complainant may intend to assert arising before then is untimely and should be dismissed. *See Montgomery v. Donahoe*, 602 F. App'x 638, 3 n.1 (7th Cir. 2015) ("discrete discriminatory acts are not actionable if time barred, even when they are related to acts alleged in timely filed charges").

Thus, to the extent that Complainant asserts as discriminatory the discrete actions underlying her November 2021 complaint and the warning letter she received on September 17, 2020, those actions are time-barred.

### B.     The Bank's Alleged Actions Are Not Unlawful.

To the extent that Complainant asserts as discriminatory the warning letter she received on September 17, 2020 (which is time-barred), or the "B" Performance Evaluation Grade she received on July 13, 2022, *as a matter of law*, those actions are not adverse employment actions. Indeed, "the law is clear that a warning or performance evaluation does not amount to an adverse employment action." *Johnson v. Cambridge Indus., Inc*., 325 F.3d 892, 902 (7th Cir. 2003). In any event, for each of those actions, as set forth above, the Bank has asserted legitimate non-discriminatory reasons, none of which

---

[6] As Complainant was on a leave of absence at the time she complained – and continues to be on leave – the Bank has thus far been unable to interview her regarding her claims but may do so when she returns to work.

Investigator Daniel Gajda
January 6, 2023

Complainant can establish are pretextual.  *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802 (1973).

**C.      Complainant's Protest of Ms. Wang-Leon's Promotion does not State a Claim.**

To demonstrate a *prima facie* case for failure to promote, Complainant must produce evidence showing that: (1) she was a member of a protected class; (2) she applied for and was qualified for the position sought; (3) she was rejected for the position; and (4) the employer promoted someone outside the protected class who was not better qualified.  *Jaburek v. Foxx*, 813 F.3d 626, 631 (7th Cir. 2016).

There is no evidence that Complainant sought the job upgrade that Ms. Wang-Leon sought. As noted above, they were in different jobs, performing different roles, with different responsibilities. Moreover, there is no indication that Complainant was denied promotions.  She has received them throughout her career.  Also, both Complainant and Ms. Wang-Leon are female and of Chinese national origin.  Further, there is no indication of age discrimination.

Under the "common actor inference against discriminatory intent," it is reasonable to assume that if a person was unbiased at an earlier time, that same person was unbiased at a later time.  *Perez v. Thorntons, Inc*., 731 F.3d 699, 710 (7th Cir. 2013); *see also, Rand v. CF Industries, Inc*., 42 F.3d 1139, 1147 (7th Cir. 1994) (finding it "rather suspect" that a company that hired plaintiff at age 47 had suddenly developed an aversion to older people two years later).  Here, Mr. Liu promoted Complainant in October 2020 and November 2021 when she belonged to the same protected classes as at the time of Ms. Wang-Leon's promotion.  Indeed, Mr. Liu promoted Ms. Wang-Leon less than a year after Mr. Liu promoted Complainant in November 2021.  Therefore, Complainant cannot present any evidence that Mr. Liu (or anyone else at the Bank) subjected her to any unfair treatment, much less evidence that would overcome the common actor inference.

**D.      Complainant Cannot Meet the High Standard for a Hostile Work Environment Claim.**

For Complainant to have an actionable harassment claim, the offensive conduct at issue must be based on a protected characteristic and be severe or pervasive enough to alter the terms and conditions of her employment.  *Brooks v. Avancez*, 39 F.4th 424, 441 (7th Cir. 2022).  In determining whether a work environment is objectively hostile, courts look at all the circumstances, such as: the frequency of the discriminatory conduct; its severity; whether it is physically humiliating, or a mere offensive utterance; and whether unreasonably interferes with an employee's work performance.  *See Faragher v. City of Boca Raton*, 524 U.S. 775, 787-88 (1998).  "The workplace that is actionable is the one that is hellish." *Perry v. Harris Chernin, Inc*., 126 F.3d 1010, 1013 (7th Cir. 1997).

Here, Complainant has made no allegations in her Charge (or otherwise to the Bank) that meet this high standard.

7

Investigator Daniel Gajda
January 6, 2023

**E.    Complainant Provides No Evidence of Protected Activity or that she was a Victim of Retaliation.**

To prevail on her retaliation claim, Complainant must establish that: (1) she engaged in statutorily protected activity; (2) she suffered an adverse employment action; and (3) there is a causal link between the protected activity and the adverse employment action. *Kerstin v. Wal-Mart Stores, Inc.*, 250 F.3d 1109, 1117 (7th Cir. 2001). While Complainant did make two internal complaints and filed the Charge, there is no evidence that she suffered any adverse employment action as a result, nor is there evidence of any causal connection between her internal complaints and any adverse employment action. To the contrary, Complaint continues to be employed as Vice President and is well compensated.

**III.    CONCLUSION**

There is absolutely no evidence that Complainant's sex, national origin, alleged disabilities, or age played any part in the Bank's decisions related to her employment. Complainant's Charge does not identify the nature of her claims, much less provide evidence in support of them. The Bank has treated Complainant fairly and without regard to any protected status.

For all of the reasons contained herein, Complainant's Charge is baseless and the Bank respectfully requests that the EEOC dismiss it.

Respectfully submitted,


/s/ *Victoria Vanderschaaf*
Victoria Vanderschaaf


Lavanga Wijekoon
lwijekoon@littler.com
Victoria Vanderschaaf
vvanderschaaf@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Telephone:    312.372.5520
Facsimile:    312.372.7880

8

# Exhibit A

INTERNAL

business partners. Indeed, many jobs with the Bank may require the ability to speak or write a foreign language, including Mandarin.

If, in a meeting or other business interaction at the U.S. Branch, an employee speaks a language other than English, please be considerate of others who may feel that they are being excluded from the conversation. If there are individuals present who do not speak the foreign language, the employee or another person who is present should normally inform the employee regarding the subject or content of the communication, unless confidentiality issues or other legitimate business reasons compel a different approach.

Further, if an employee is attending a meeting and does not understand the language that is being spoken, we encourage the employee to ask whether the information may be repeated to the employee, or if the other attendees can speak in a language the employee understands. Again, this may not be possible or advisable in all circumstances, so we ask for everyone's patience in these matters.

If an employee has any concerns regarding implementation of this section of the Guide, please bring it to the attention of the employee's Department Head/Branch Manager.

This section shall be implemented in a manner that is consistent with the Bank's policies prohibiting discrimination on the basis of national origin and other protected categories as defined herein.

## VIII.  EMPLOYMENT POLICIES

### 1.  AMERICANS WITH DISABILITIES ACT (ADA)

The Bank is committed to equal opportunity in all aspects of employment for qualified individuals with a disability. To comply with applicable laws ensuring equal employment opportunities for individuals with disabilities, the Bank will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an employee, unless undue hardship and/or a direct threat to the health and/or safety of the individual or others would result. Any employee who requires an accommodation in order to perform the essential functions of their job, enjoy an equal employment opportunity, and/or obtain equal job benefits should contact the Human Resources Department to request such an accommodation. The Human Resources Department will communicate with the employee and engage in an interactive process to determine the nature of the issue and what, if any, reasonable accommodation(s) may be appropriate. In some cases, this interactive process may be triggered without a request from the employee, such as when the Bank receives notice from its own observation or another source that a medical impairment may be impacting the employee's ability to perform their essential job functions.

Employees who believe they need an accommodation must specify, preferably in writing, what barriers or limitations prompted the request. The Bank will evaluate information obtained from the employee, and possibly their health care provider or another appropriate health care provider, regarding any reported or apparent barriers or limitations, and will then work with the employee to identify possible accommodations, if any, that will help to eliminate or otherwise address the barrier(s) or limitation(s). If an identified accommodation is reasonable and will not impose an undue hardship on the Bank and/or a direct threat to the health and/or safety of the individual or others, the Bank will generally make the accommodation, or it may propose another reasonable accommodation which may also be effective. Employees are required to cooperate with this process by providing all necessary documentation supporting the need for accommodation, and being willing to consider alternative accommodations when applicable.

The Bank will also consider requests for reasonable accommodations for medical conditions related to pregnancy, childbirth and lactation where supported by medical documentation and/or as required by applicable federal, state or local law.

Employees who wish to request unpaid time away from work because of a qualifying disability should speak to the Human Resources Department regarding a proposed accommodation.

The Bank's employment decisions are based on an applicant/employee's qualifications to perform the essential functions of the position, with or without a reasonable accommodation. More details, including the Bank's prohibition against discrimination, harassment and retaliation, can be found in the BOC U.S. Branches Equal Employment Opportunity section of this Guide and BOC U.S. Branches Americans with Disabilities Act Policy ("ADA Policy").

## 2. RELIGIOUS ACCOMMODATIONS

The Bank will provide reasonable accommodation for employees' religious beliefs, observances, and practices when a need for such accommodation is identified and reasonable accommodation is possible. A reasonable accommodation is one that eliminates the conflict between an employee's religious beliefs, observances, or practices and the employee's job requirements, without causing undue hardship to the Bank.

The Bank has developed an accommodation process to assist employees, management, and the Human Resources Department. Through this process, the Bank establishes a system of open communication between employees and the Bank to discuss conflicts between religion and work and to take action to provide reasonable accommodation for employees' needs. The intent of this process is to ensure a consistent approach when addressing religious accommodation requests. Any employee who perceives a conflict between job requirements and religious belief, observance, or practice should bring the conflict and their request for accommodation to the attention of the Human Resources Department to initiate the accommodation process. The Bank requests that accommodation requests be made in writing, and in the case of schedule adjustments, as far in advance as possible.

## 3. ANTI-HARASSMENT: PROHIBITION AGAINST SEXUAL AND ALL OTHER FORMS OF UNLAWFUL HARASSMENT

The Bank is committed to providing a work environment that is free of unlawful harassment. The Bank will not tolerate unlawful or prohibited harassment of any kind, including sexual harassment, or harassment on the basis of race, color, religion, sex, sexual orientation, gender identity, national origin, ancestry, creed, alienage, age, physical or mental disability, protected military or veteran status, pregnancy, childbirth or pregnancy related medical conditions, genetic information or predisposition, genetic carrier status or any other status protected by applicable federal, state or local law. The Bank takes a proactive role in preventing harassment of employees (by co-workers, vendors, customers and other third parties that do business with the Bank) and in responding to harassment complaints.

This applies to all persons involved in the operations of the Bank, including employees, managers, supervisors, management above supervisors, officers, customers, vendors or agents of the Bank. The prohibition on harassment extends to any work-related conduct, including actions outside of the workplace or Bank property. The Bank prohibits unlawful harassment as well such conduct that does not rise to the level of being unlawful. This policy is not designed or intended to limit the Bank's authority to discipline or take remedial action for workplace conduct that the Bank deems unacceptable, regardless of whether that conduct satisfies the definition of unlawful harassment.

Discrimination and harassment are considered forms of employee misconduct and are unlawful under federal, state and local law. All employees of the Bank are responsible for preventing and maintaining a workplace free of harassment. This Anti-Harassment section of the Guide and the section on EEO apply to all employees of the Bank (regardless of title, position, job responsibilities, or status). No employee is exempt from these requirements nor is any employee permitted to engage in any conduct that violates this this Anti-Harassment section or the EEO section of this Guide. If such harassment occurs in the workplace by someone not employed by the Bank, the procedures in this Anti-Harassment section of the Guide should be followed. Any questions or concerns about this section or its enforcement should be immediately directed to the Human Resources Department.

### 3.1. DEFINITIONS

- **Sexual harassment** is a form of unlawful harassment defined to include unwelcome sexual advances, requests for sexual favors, or visual, verbal or physical conduct of a sexual nature when:
  - o submission to such conduct is made explicitly or implicitly a term or condition of employment;
  - o submission to or rejection of such conduct is used as a basis for employment decisions affecting the individual; or
  - o such conduct has the purpose or effect of unreasonably interfering with an employee's work performance or creating an intimidating, hostile or offensive working environment.

  Sexual harassment is a prohibited regardless of the gender of the person engaging in the conduct or the target of such conduct.

- **Unlawful harassment** on the basis of race, color, religion, sex, sexual orientation, gender identity, national origin, ancestry, creed, alienage, age, physical or mental disability, protected military or veteran status, pregnancy, childbirth or pregnancy related medical conditions, genetic information or predisposition, genetic carrier status or other protected class status. Such harassment may include, but is not limited to:
  - o racial or ethnic slurs or jokes, or other verbal or physical conduct when this conduct has the purpose or effect of creating an intimidating or hostile work environment, or has the purpose or effect of unreasonably interfering with an individual's work performance or employment opportunities, or threatens, intimidates, offends, demeans or coerces the employee.

Prohibited sexual or other unlawful harassment may take many forms, including, for example:

- Verbal conduct such as epithets, derogatory jokes or comments, slurs, insults, taunting, offensive or sexually charged language and other verbal abuse;

- Visual displays such as derogatory, demeaning or sexually-oriented posters, photography, cartoons, Internet sites, or graphic images, drawings or pictures;

- Visual conduct such as leering, stalking, making sexual gestures, or displaying of sexually suggestive, pornographic or other offensive objects;

- Physical conduct including assault, unwanted touching, hitting, pushing, intentionally blocking or impeding normal movement, or threats to take such action;

- Bullying behavior designed to harass, intimidate or demean an employee based on an employee's protected status, including interfering with or sabotaging an employee's work;

- Unwanted sexual advances, invitations or propositions or sexually-charged or flirtatious comments about an employee's body or attire;

- Threats or demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss and offers of employment benefits in return for sexual favors;

- Offering employment benefits of any kind in exchange for sexual favors;

- Making or threatening reprisals after a negative response to sexual advances;

- Use of e-mails, text messages, blogs or other electronic communication or social media of any type to harass, intimidate or demean any person because of the person's protected status;

- When an individual's submission to or rejection of unwelcome sexual conduct is used as a basis for employment decisions affecting that individual, including granting of employment benefits (quid pro quo sexual harassment); or

- Retaliation for making reports or threatening to report harassment.

### 3.2. RESPONSIBILITY

- All employees are required to comply with this Anti-Harassment section and the EEO section of the Guide.

- All supervisors and management above supervisors are responsible for creating an atmosphere free of discrimination, harassment, sexual or otherwise, and retaliation.

- All supervisors and management above supervisors are expected to take appropriate preventative steps and to immediately act on any observed conduct that does not comply with this Anti-Harassment section or the section on EEO in this Guide. Supervisors and/or management above supervisors are required to immediately report to the Human Resources Department all observed discrimination, harassment or retaliation and all reported incidents of discrimination, harassment or retaliation. Failure to meet these responsibilities may lead to disciplinary action, up to and including termination of employment.

- All Individuals who observe conduct that may violate this Anti-Harassment section are encouraged to communicate to the offending person that the conduct is offensive and unwelcome. Individuals are also encouraged to help defuse any situation where they observe someone behaving in a manner towards others that may violate this Anti-Harassment section, either by intervening directly or by alerting a supervisor, Department Head/Branch Manager, or the Human Resources Department to assist. Any employee who believes they have been subject to or witnessed illegal discrimination, including sexual or other forms of unlawful harassment, or retaliation, should report the alleged conduct in accordance with the complaint procedures outlined in below.

- Employees are expected to fully and truthfully cooperate with the Bank in the conduct of internal inquiries or investigations of discrimination, harassment or retaliation, and during the investigation, to keep matters related to the investigation confidential.

### 3.3. COMPLAINT PROCEDURE

Any employee who believes they have been subject to, witnessed or has questions/concerns about discrimination, harassment or retaliation, must promptly report the incident to their supervisor, Department Head/Branch Manager or the Human Resources Department. Employees are not required to report any prohibited conduct to a supervisor or manager who may be hostile, who has engaged in such conduct, who is a close associate of the person who has engaged in such conduct, or with whom the employee is uncomfortable discussing such matters.

Any supervisor or Department Head/Branch Manager who receives such a notification from an employee or a third party has a duty to report this information immediately to the Human Resources Department in order to take prompt and effective action in response to the notification.

If a complaint involves a supervisor or Department Head/Branch Manager, the employee should promptly report it directly to the Human Resources Department or to Executive Management.

Employees are encouraged to promptly advise the offender that their behavior is not appropriate. However, the Bank also recognizes that in some instances an employee may feel uncomfortable directly approaching the person who is engaging in offensive conduct and employees are not required to approach the offender.

All complaints will be handled promptly and will be kept confidential to the extent possible, consistent with an effective, thorough and objective investigation and to the extent permitted or required under applicable law.

The Bank will promptly undertake an effective, thorough and objective investigation of any complaint of discrimination, harassment or retaliation. The investigation will include an opportunity for both the individual making the complaint and the individual(s) accused of violating this section to provide information that is relevant to the complaint, including identifying others who may have relevant information.

If a complaint of prohibited harassment, discrimination or retaliation is substantiated, appropriate disciplinary action, up to and including termination of employment, will be taken. Once the investigation is completed and a determination is made, the complaining party will be advised that the investigation has been completed. In addition to being subject to disciplinary action for engaging in discrimination, harassment, or retaliation themselves, supervisors and/or management above supervisors will be subject to disciplinary action (up to and including termination of employment) for failing to report suspected discrimination, harassment, or retaliation, or otherwise knowingly allowing such conduct to continue.

Making a good faith complaint of discrimination, harassment or retaliation under this section will not be grounds for disciplinary action, even if the allegations cannot be substantiated. However, making intentionally or knowingly false accusations, or intentionally providing false information to the Bank may result in disciplinary action, up to and including termination of employment.

### 3.4. PROHIBITION AGAINST RETALIATION

Retaliation against any employee who makes a good faith report of alleged discrimination or harassment is a serious violation and strictly prohibited. The Bank prohibits employees from being retaliated against in any way for their good faith conduct in opposing unlawful discrimination or harassment, or in filing a complaint with or participating in an investigation, proceeding or hearing conducted by the Bank or by an administrative agency, court or other entity. If an employee believes they have been subject to retaliation in violation of this section, the employee should follow the complaint procedure outlined above to report their concerns. Reports of retaliation will be investigated in the same manner outlined in the complaint procedure above.

Examples of retaliation may include, but is not limited to, termination, demotion, suspension, failure to hire or consider for hire, failure to give equal consideration in making employment decisions, failure to make employment recommendations impartially, adversely affecting working conditions or otherwise denying any employment benefit because someone has made a complaint or participated in an investigation under this section.

### 4. VOLUNTARY OPEN DOOR

Employees may express their work related concerns to individuals (e.g. senior-level employees) who have the authority to resolve work related issues. It is recommended that employees should first discuss any work-related concern(s) with their supervisor and/or Department Head/Branch Manager. If there is no satisfactory resolution or the employee is dissatisfied with the resolution, they may escalate the issue to the next level of authority. In addition, the Human Resources Department is available to help resolve any employment related issues.

If the employee deems the situation inappropriate to discuss with their supervisor, the employee should escalate the concern to the next level of authority and/or reach out to the Human Resources Department.

Management, regardless of authority level, will attempt to bring a resolution to concerns raised during this process. To the extent practicable, concerns raised in this process will be kept confidential. Employees will not be retaliated against for raising concerns in good faith.

Exhibit B



**中国银行**

BANK OF CHINA NEW YORK BRANCH

TELEX: ITT 423635, WU 661723    S.W.I.F.T.: BKCH US 33

1045 AVENUE OF THE AMERICAS
NEW YORK, NY 10018
TEL: (212) 935-3101
FAX: (212) 593-1831

**August 30, 2017**

**Zhang, Jing**
**Chicago Branch**

Dear Ms. Zhang,

I am pleased and honored to inform you that you have been promoted from Assistant Vice President (personal grade Assistant Vice President 1) to Vice President (personal grade Vice President 1) in the Chicago Branch at the Bank of China, USA. We truly appreciate your efforts and I congratulate you on behalf of the Bank for this commendable achievement.

As your position moves up in the company, your responsibility towards your work, your fellow colleagues and the Bank will also increase. You have achieved this promotion through your dedication, hard work and outstanding results. In turn, the Bank would like to recognize your efforts through this promotion and we will continue to support and guide you through additional learning and development opportunities.

We hope that your promotion will serve as an incentive to better performance in the future and look forward to witnessing your continued growth and contribution towards the Bank.

Once again, congratulations on your promotion and all the best to your future growth and development.

Sincerely,

Chen Xu
President, U.S.A. & Chief Executive Officer

CX/qw



中国银行
**BANK OF CHINA** NEW YORK BRANCH

1045 AVENUE OF THE AMERICAS
NEW YORK, NY 10018
TEL: (212) 935-3101
TELEX: ITT 423635, WU 661723     S.W.I.F.T: BKCH US 33     FAX: (212) 593-1831

**October 5, 2020**

**Zhang, Jing**
**Chicago Branch**

Dear Ms. Zhang,

I am pleased and honored to inform you that your personal grade has been promoted from Vice President 1 to Vice President 2 in the Chicago Branch at the Bank of China, USA. We truly appreciate your efforts and I congratulate you on behalf of the Bank for this commendable achievement.

As your position moves up in the company, your responsibility towards your work, your fellow colleagues and the Bank will also increase. You have achieved this promotion through your dedication, hard work and outstanding results. In turn, the Bank would like to recognize your efforts through this promotion and we will continue to support and guide you through additional learning and development opportunities.

We hope that your promotion will serve as an incentive to better performance in the future and look forward to witnessing your continued growth and contribution towards the Bank.

Once again, congratulations on your promotion and all the best to your future growth and development.

Sincerely,

Chen Xu
President, U.S.A. & Chief Executive Officer



BANK OF CHINA  NEW YORK BRANCH

1045 AVENUE OF THE AMERICAS
NEW YORK, NY 10018
TEL: (212) 935-3101
FAX: (212) 593-1831

TELEX: ITT 423635, WU 661723        S.W.I.F.T.: BKCH US 33

**November 5, 2021**

**Zhang, Jing**
**Chicago Branch**

Dear Ms. Zhang,

I am pleased and honored to inform you that your personal grade has been promoted from Vice President 2 to Vice President 3 in the Chicago Branch at the Bank of China, USA. We truly appreciate your efforts and I congratulate you on behalf of the Bank for this commendable achievement.

As your position moves up in the company, your responsibility towards your work, your fellow colleagues and the Bank will also increase. You have achieved this promotion through your dedication, hard work and outstanding results. In turn, the Bank would like to recognize your efforts through this promotion and we will continue to support and guide you through additional learning and development opportunities.

We hope that your promotion will serve as an incentive to better performance in the future and look forward to witnessing your continued growth and contribution towards the Bank.

Once again, congratulations on your promotion and all the best to your future growth and development.

Sincerely,

Chen Xu
President, U.S.A. & Chief Executive Officer

# Exhibit C



# Warning Letter

Date: 9/17/2020

To: Jing (Jessica) Zhang

Team: CHB-CBD2

Dear Jessica Zhang,

This letter is to bring to your attention that an incident with respect to information security has caused a breach of policy on 09/11/20. The incident is described as below.

<u>Incident identified:</u>

Improper method used without prior authorization – a screenshot taken from internal system which contained client information was sent to an external email

Such incident would increase the operational risk of CHB.  If repeating episode occurs, potential risks may lead to greater negative impact such as financial loss, reputational damage, etc.

Our QCU team has provided a recommendation to you based on the Bank's Information Security Policy.  You are hereby being warned to prevent such incidents from happening in the future.

Sincerely,

QCU of Middle Desk, CHB

# Exhibit D

Warning Letter

To: Xiaoxu Zhang, Songqing (Grace) Guo

Team: QCU

Date: 9/16/2020

Dear Xiaoxu and Grace,

This letter is to bring to your attention an operational incident was caused by your lack of attention on one daily call loan process on Friday, 9/11. The incident is described as below.

Xiaoxu Zhang's Responsibility

The requested call loan amount issued by Xiaoxu, $238,620,612.56, was incorrect. The correct amount shall be $238,620,612.39. According to Xiaoxu, the discrepancy was caused by manually typing the number to the call loan request form, instead of copying of the amount from the call loan tracker.

Grace Guo's Responsibility

The incorrect call loan amount was not identified by Grace during the review process. According to Grace, only the numbers before the decimal point were verified.

The incident by your mistake could result in CHB operational risk and financial loss. Although the amount discrepancy is small in this incident, the potential of risk could be much greater and more serious if such work habit would continue to take place. The function of review is even more important than input.

We would like you to fully understand the work nature and perform with diligence. You are hereby being warned not to repeat such mistake in the future.

Yours sincerely

QCU

Exhibit E

Dear Ms. Zhang,

I am writing to follow up on your email dated Nov. 16, 2021 entitled "Complaint against Mr. Liu Zhidan," and the several accompanying memos that you sent to my attention. You have objected to comments made by Mr. Liu, and memos sent by the Chicago Branch ("CHB") quality control unit ("QCU") which you perceive as unfairly criticizing the performance of your section (CBD-2) under the Corporate Banking Department of Chicago Branch. You also said that you were subjected to harassment.

As you know, in November 2021, HRD conducted a thorough investigation of your claims. We interviewed numerous individuals, including Mr. Liu and others. We have also reviewed numerous documents provided by you and other Bank employees.

We instructed all the individuals we interviewed that our investigation was confidential and that the Bank will not tolerate any retaliation against any individual either for bringing a complaint or for participating in an investigation.

You have raised several concerns, which we review below:

- QCU / Operational risk issues. You claim that you have been the subject of unfair criticism received from QCU. We learned that Mr. Liu has given QCU authority to critique and issue warnings to employees when a practice, in QCU's view, appears to present an operational risk to the Bank. We found no reason to believe that you or CBD-2 has been singled out in this regard, either by Mr. Liu or QCU. To the contrary, our investigation revealed that you are not the only CHB employee who received emails from QCU entitled "Warning Letter" regarding issues QCU deemed worthy of attention and which were made the subject of QCU meetings or memos. Nor was CBD-2 the only section that has received such warning letters. We recognize that while you may have disagreed with certain criticism, we found no intent to harass you or CBD-2 or to single you out. We have no reason to believe that QCU acted in bad faith in noting issues of concern, either about CBD-2 or other sections.

- Discrimination. You have suggested that you may have been a victim of discrimination. In support of this claim, you said that Mr. Liu referred to you with the Chinese term "Sister," suggested that word revealed your relative age to other employees, and said you were insulted by his use of this term. Mr. Liu (who is roughly the same age as you) admits that he used this term but said that he did so in a respectful manner, with no intent to reference your age, in recognition of your good service with the Bank. He also mentioned that you have referred to him as "Little Liu," which made him uncomfortable. In HRD's conversation with Mr. Liu, he agreed that he would not use the term "Sister" when addressing you, and he asked that you not use the term "Little Liu."

You also claimed that you were being discriminated against regarding contacting LGO in the Lear contact matter. Again, we found no evidence of discrimination, but we note that Mr. Liu apologized to the extent that he misspoke regarding the matter.

- <u>Harassment</u>.  We found no support for the claim that you were subject to harassment.  As noted above, we found that others were subject to similar treatment or criticism and found no evidence of discrimination.

  In addition, we learned of numerous instances in which Mr. Liu treated you quite favorably.  For example, with the downturn of business from Chinese clients, CBD-2 had a loss of business, which Mr. Liu tried to remediate by instructing CBD-1 to turn over some of their clients to CBD-2.  We also learned that in 2020 and 2021, Mr. Liu supported your promotion, despite the slowdown in business in your section due to the downturn in Sino-American relations.

Thank you for your patience while we reviewed these issues.  We hope that you are able, along with your colleagues, to move forward in a constructive and congenial manner.

We remind you that the Bank prohibits retaliation against anyone who brings forward in good faith a complaint of conduct that they believe to be inappropriate or against Bank policies.  Please let me know immediately if you believe that you are experiencing any retaliation for having brought these matters to HRD's attention.

Thank you.

**Alan Wong**
MD & Head of Human Resources Department
1045 Avenue of the Americas
New York, NY 10018 U.S.A.
Tel: (646) 231-3241
Email Address: alanwong@bocusa.com



Exhibit F

| 2021 Performance Commitment and Evaluation Form of BOCUSA - Employee | | | | | | |
|---|---|---|---|---|---|---|
| Name: Jing (Jessica) Zhang | | | | Department/Sub-branch: Chicago Branch | | |
| Title: VP | | | | Performance Period: 1/1/2021-12/31/2021 | | |
| **Targets set, monitored and evaluated by Evaluator: Dept. Head/Branch Manager** (Middle Desk's input is **required** in "Risk Management, Compliance and Internal Audit"; Input from the direct supervisor of the evaluatee (employee) **shall** be collected and considered.) | | | | | | |
| Performance Commitment | | | | Performance Evaluation | | |
| Performance Dimensions | Performance Targets | Basis Points | Calculation Method | Actual Accomplishment | Score | Rating |
| **Risk Management, Compliance and Internal Audit** • Risk Management: Including Credit Risk, Strategic risk, Reputation Risk, Operational Risk, Liquidity Risk, and Market Risk (Interest Rate Risk and Price Risk) • Compliance: Compliance Risk, especially focuses on BSA/AML, OFAC, Consumer Compliance, etc. • Internal Audit | Oversee department operations to ensure the efficiency and accuracy of underwriting and post loan management. Compliance with regulatory and P&P requirements. Internal Audit Report result with Satisfactory Rating. | 40 | *Major Operational Risk Incident: -2 pt per major operation risk incident *Post Lending Management KRIs: -1 pt per KRI limit breach each month KRI - Sum of all past due key post-lending reviews and document (KRI limit is 10) KRI - Sum of past due annual and quarterly reviews (KRI limit is 2) *Provide support CHB risk assessment if needed. -0.5 pt per occurrence if causing delay in delivery of risk assessment; Compliance: *In compliance with regulatory and P&P requirements: Full Score *Failure to comply with regulatory and P&P requirements: -1 per occurrence Internal Audit: *Report result with Satisfactory Rating or better: Full Score *Other repot result, the point deduction is as follows: High Risk Issue: -1 pt per issue Medium High/Medium Risk Issue: -0.6 pt per issue Medium Low/Low Risk Issue: -0.3 pt per issue *MRA: -2 pt per MRA | Successfully adhered to compliance, operational, underwriting standards, audit and post-lending requirement. | 39 | |
| Finance | Effectively implement the post loan management strategies set by the branch management, and escalated any issues to the branch management in timely manner. Maintain and enhance existing client relationships through regular communications with customer | 35 | Based on the allocated Financial Budget: Revenue Target 20%; Loan outstanding (excluding Xileh) 40%; New Term Loan 30%; New TSD funded transaction 10% | Satisfactory overall contribution to the business growth, asset quality control. Expected to lead team to enhance client base expansion, revenue contribution and product diversification. | 33 | B |
| Working Tasks | Overall Performance | 12 | Bank's attendance policy and maintain a satisfactory attendance record team widely: 2 points; Any failure to comply with the Bank's attendance policy and maintain a satisfactory attendance record: 0 points. | Excellent | 12 | |
| | Teamwork and Service | 8 | Successfully submitted required resources and information, including Team Training Plan, PE Commitment Forms and PE Evaluation Forms, timely: 2 points; Failure to submit required resources and information on time: deduct 1 point per occurrence. After receiving the invoice from Legal Console, ensure the payment within one month. -1 pt per occurrence | Excellent | 8 | |
| | Training | 5 | Successfully completed and monitored whole team to complete required training program timely and passed the quizzes: 5 points; Failure to complete required training or pass the quizzes timely: deduct 1 point per occurrence. | Excellent | 5 | |
| Total | | 100 | | Final Total Score | 97 | |
| Evaluatee's Comment on Commitment (attach additional page if necessary): | Evaluator's Comment on Commitment (attach additional page if necessary): | | | Evaluatee's Comment on Evaluation and Rating (attach additional page if necessary): | Evaluator's Comment on Evaluation and Rating (attach additional page if necessary): | |
| Evaluatee's Signature: Date: | Evaluator's Signature: Date: | | | Evaluatee's Signature: Date: | Evaluator's Signature: Date: | |

Exhibit G

**YANG, ZHENGXIN**

| | |
|---|---|
| **From:** | YANG, XU |
| **Sent:** | Friday, July 15, 2022 12:51 PM |
| **To:** | ZHANG, JING (Jessica) |
| **Cc:** | HU, WEI; QIAO, RAYMOND; WONG, ALAN; WANG, DAN; WU, KAI; LIU, ZHIDAN |
| **Subject:** | RE: 2021 PE communication-feedbacks from Jessica |

Morning Jessica,

Hope you stay healthy and please let us know if you need any support.

Thank you very much for your feedback. As your direct supervisor, I appreciate and recognize your continuous hard work, strong sense of responsibilities, strenuous efforts to keep business and teamwork in good shape and overcome the staff shortage experienced in 2022. Even though we face a lot of challenges, your team have been working hard in client relationship management and refinancing upsize deals where you made tremendous efforts exemplified by your email below. Management team will take into considerations all your efforts in 2022 PE.

I would like to share our major considerations of 2021 PE. We value every employee's contribution and the PE ratings reflect the substances of contribution and the performance appraisal are evaluated at both the individual employee level and the organizational level. In 2021, you demonstrated a strong leadership and overall performance is good. However, team head's PE is highly associated with the team's overall performance and completion results.

1. The target completion, though cannot reflect all aspects of performance, has been always a strong indicator of the team's overall performance. CBD-2 2021 revenue budget completion ratio is 23%. In 2021, CBD-2 experienced profound business transition to US-based portfolio from China-desk portfolio. I understand it takes time to ramp up the revenue contribution. But the revenue budget has been and will continue to be an important measurement of striving for growth.

| PE Indicators (million) | Team | Full Year | 12/31/2021 | Completion | Contribution |
|---|---|---|---|---|---|
| | TSD | 11.6 | 3.87 | 33% | 20% |
| Revenue Budget 2021 Full Year | CBD-1 | 18.3 | 14.91 | 81% | 76% |
| Time Schedule:100% | CBD-2 | 15.4 | 3.56 | 23% | 18% |

2. Marketing new clients and business expansion is one of our primary goals. Per NYB senior management team request, CHB shall expand client base by proactively list marketing high-quality clients and new deals. CBD-2 maintains the existing 12 clients throughout 2021 and 2022. However, it's never too late to market and CBD-2 still has great potential to explore in the mid-west market.
3. It's also important to make comparison with other teams' performance to reach a reasonable PE appraisal. Our expectation is that CBD-2 can find your own pace of growth and build up a good momentum and approach of efficient marketing strategies. Creative thinking and good strategies are highly encouraged. Regarding the team build-up, management team and NYB HRD will provide full support for recruitment and talent retention, which is critical to continuous business development.

Thank you again for the communication and let's work together to reach a fruitful 2022.

**David (Xu) Yang**
SVP & Deputy Branch Manager
Bank of China, Chicago Branch
111 S. Wacker Drive, Suite 4800

1

Chicago, IL 60606 U.S.A.
Tel: (312)753-6715
Fax:(312)753-6721
Email Address: yangxu@bocusa.com

 

---

**From:** LIU, ZHIDAN <ZDLIU@BOCUSA.COM>
**Sent:** Friday, July 15, 2022 9:15 AM
**To:** ZHANG, JING (Jessica) <JIZHANG@BOCUSA.COM>
**Cc:** HU, WEI <WEIHU@BOCUSA.COM>; QIAO, RAYMOND <LQIAO@BOCUSA.COM>; WONG, ALAN
<ALANWONG@BOCUSA.COM>; WANG, DAN <DWANG1@BOCUSA.COM>; YANG, XU <YANGXU@BOCUSA.COM>; WU, KAI
<KAIWU@BOCUSA.COM>
**Subject:** RE: 2021 PE communication-feedbacks from Jessica

Dear Jessica,

Thank you for your e-mail feedback. Your direct supervisor Deputy Branch Manager, Xu Yang gave you 2021 PE Feedback
communication on last Friday. For your concerns, he maybe already gave your some explanation and may give you more
details when both of you convenient.
For the Xileh case, it's a great team work, led by Executive Management of New York Branch, fully supported by several
departments from Head-office, Beijing Branch and BOC Wealth Management Co., proactively participated by you, Kunxiong
Wang, Boyang Li, QCU team of CHB, Accounting team of CHB, Deputy Branch Manager Kai Wu and myself. We worked
together from different level to overcome all the obstacles and catch the best market opportunity in year 2021 to assist the
client issue bonds successfully in Hong Kong market and got the whole amount pay pace from the client in the end.
As one VP and team lead of CBD2 of Chicago Branch, you played an important role and had some competitive advantages
within Chicago Branch. CHB ever gave you a reasonable rank suggestion to HRD in February. But, all VPs and SVPs of all the
departments of NYB and 3 sub-branches were evaluated once again together, I don't know whether your performance
evaluation was well above the other VPs and SVPs of BOC USA or not. Finally, CHB got your 2021 PE ranking B from HRD.
This year, for the **Visteon Deal, Rockwell deal, Regal Rexnord Deal,** you coordinated your team members well and really
did a good job. I think all of that will be seriously considered by your supervisor and the bank during the Year 2022 PE
assessment. Please keep trying and present your leadership and professionalism continuously.

Thank you for your contribution to the bank and please take good care your health.

Best regards,

**Zhidan Liu**
SVP & Branch Manager
Chicago Branch
111 S. Wacker Drive, Suite 4800
Chicago, IL 60606 U.S.A.
Tel: (312) 753-6718
Email Address: zdliu@bocusa.com



**From:** ZHANG, JING (Jessica) <JIZHANG@BOCUSA.COM>
**Sent:** Thursday, July 14, 2022 11:16 PM
**To:** HU, WEI <WEIHU@BOCUSA.COM>; QIAO, RAYMOND <LQIAO@BOCUSA.COM>; WONG, ALAN <ALANWONG@BOCUSA.COM>; WANG, DAN <DWANG1@BOCUSA.COM>; LIU, ZHIDAN <ZDLIU@BOCUSA.COM>; YANG, XU <YANGXU@BOCUSA.COM>
**Subject:** 2021 PE communication-feedbacks from Jessica

Management Team,

The email below references that the grade of B was assigned to me by branch management so I am including them on copy.  I would like to state up front that **I cannot accept the grade that was given as I do not believe it is fair and does not reflect my contribution to Bank of China.**  I am asking management to review my case and arrive at a score that more accurately takes in to account the quality of my work and the excellent performance that I brought to CHB in 2021.

Below are the concerns I have:
1. I do not understand why I received only 39 points out of 40 when the review states my Actual Performance as "Successfully adhered to compliance, operational, underwriting standards, audit and post-lending requirement." Based on the review it is not clear why there would be a 1 point deduction.
2. I do not understand why I received only 33 points out of 35 when my Actual Performance is "Satisfactory overall contribution to the business growth, asset quality control. Expected to lead team to enhance client base expansion, revenue"
   - The Total income of Chicago branch in 2021 was $54.6 million, and the my team's contribution was $33.4 million. That accounts for about 61% of the total income generated by CHB.  I don't see why that would be a B performance.
   - In year 2021, the biggest success and big part of the work for my team was made with full repayments from Xileh ($221 million) and MicroPort($50 million). Because of the successful exit from those two deals, we brought back $29.8 million in Loan Loss reserve and dramatically improved the assets quality for the branch.  My team, especially me personally, spent a tremendous amount of work time and personal time (because of the time difference with China) to work with the borrowers, the parent companies and the corresponding BOC branches in China to make the repayments happen.  Why is that work effort not reflected in the performance evaluation? This does not seem fair or reasonable.
   - In June of 2021, are team lost a key contributor and extremely valuable account officer when Boyang left Bank of China.  I was the one who had to assume his work and responsibilities and it does not appear this was taken in to consideration.

My personal health was greatly damaged beginning in late October of last year as a result of issues at work, which have been documented with HR.  During this period of time I lost 25 pounds and was being treated by a medical doctor for depression.  In spite of all of that, I still maintained my strong work ethic and my dedication to Bank of China.  However, this review seems so unfair and not based on facts that when I received it I feel like it has caused me to experience a setback in my recovery.

There were 5 people in my team, and starting with the departure of Boyang last year, we are now down to 2 plus a new intern.  Below are some examples that show how hard I have been working for Bank of China.  As the team lead, I have been undertaking the majority of the work to ensure we continue to provide quality work for the branch even we are extremely short-staffed.

- For **Visteon Deal**. One of my family member was in critical condition, so I had to ask that Friday (July 1st )off, however, we had the Visteon deal that needs to go to CAC this following Thursday. In order to meet the deadline, I worked through the whole night until Friday morning so I can turn in the CRR application package to CRM. Even that, I still remembered to send another email(Visteon-a couple of reminders) to Patrick who's the Account Officer for the Visteon account,  and then headed out to the airport.

From: ZHANG, JING (Jessica)
Sent: Friday, July 1, 2022 5:15 AM
To: LIU, ZHIDAN <ZDLIU@BOCUSA.COM>; YANG, XU <YANGXU@BOCUSA.COM>
Cc: DU, JILONG <JDU@BOCUSA.COM>; YANG, RUOBING <RBYANG@BOCUSA.COM>; YANG, XIAOYAN <XIAOYANYANG@BOCUSA.COM>

Subject: 调休申请

Good morning Branch Management,

Since the time is really tight for Visteon deal, I'd been working on writing the CRR package for the whole night until now. I am wondering if I can apply my night work hours to my day time work hours, so I don't have to take today as my day-off.

Thanks and have a nice long weekend!

Jessica

Visteon is a tough case because it is currently on Watchlist. Since CHB wanted to size up, and participated in the new term loan, we need to explain to CRM all the rationales and provide satisfactory answers to their series of questions so they feel comfortable to approve the case. Below are the email communications that I have with CRM, lot of them are at midnights.



- **Rockwell deal**, some simple examples shows I worked until midnights so we were able to complete the deal;



- **For Regal Rexnord Deal**, again weekday midnights and Sunday midnight…



The above are just a few examples that demonstrate my dedication to work. All the deals named above belong to the other account officer on the team but as the team lead, I want to ensure the quality of our work and that there would be no credit risk for Bank of China. While I understand these examples are more current, I am including them to demonstrate that this is the kind of effort I give each and every day whether it be this year, 2021 or every year since I joined Bank of China in 2015. Again, these are just a few examples and can certainly provide more.

Today, all my depression symptoms came back after the review, I cried the whole morning, I can barely get up. The email below said: "**Bank of China Chicago Branch values your dedication and would like to recognize the efforts you have made.** " if this is truly the case, why am I getting a B for my PE in 2021? Is this how Bank of China treats its valuable employee? It feels so hurt, I don't even know how I could continue to work like this?

Regards

Jessica

**From:** YANG, XU <YANGXU@BOCUSA.COM>
**Sent:** Wednesday, July 13, 2022 5:00 PM
**To:** ZHANG, JING (Jessica) <JIZHANG@BOCUSA.COM>
**Subject:** 2021 PE communication

**Hi Jessica,**

On behalf of Bank of China Chicago Branch, I would like to express the heartfelt appreciation for your hard work and contribution to our bank in the year of 2021.

Considering the evaluations from the supervisors, while also taking into account of the overall performance of CHB, executive management of BOC USA has made the final decision on your 2021 performance evaluation rating, which is B. Your actual accomplishment score is 97, with details in the excel attachment.

I have completed the evaluation communication/talk with you. According to the requirement of HRD**, please send me an email to confirm your acknowledgement and/or comment** and <u>attach the 2021 PE excel form I am sending you again as the necessary documentation according to the requirement from HRD</u> within <u>**EOD 7/14**</u>.

Employees are the key resources to every successful organization. Bank of China Chicago Branch values your dedication and would like to recognize the efforts you have made.

I sincerely believe you will continue the outstanding performance and grow with Bank of China Chicago Branch moving forward.

Stay safe and be well.


**David (Xu) Yang**
SVP & Deputy Branch Manager
Bank of China, Chicago Branch
111 S. Wacker Drive, Suite 4800
Chicago, IL 60606 U.S.A.
Tel: (312)753-6715
Fax:(312)753-6721
Email Address: yangxu@bocusa.com



Exhibit H



7/22/2022

To Whom It May Concern,

This letter is to verify that Jing Zhang was hospitalized with Mercy Medical Center on July 19th 2022 through July 22nd 2022 under the care of Dr. Berkowitz. Jing will not return to work upon discharge; return date will be determined by Dr. Fuqua. Jing will follow up with Dr. Fuqua on August 23rd 2022.

Thank you,

Berkowitz, Paul M MD

Mercy Medical Center
1325 North Highland Avenue
Aurora, IL 60506

**AMITA**health.org

CONFIDENTIAL

 **Northwestern**
Medicine®

RMG 10350 HALIGUS RD AMB
NM PSYCHOLOGY
10350 HALIGUS RD STE 200D
HUNTLEY IL 60142-9585
815-338-6600
847-669-2980

September 27, 2022

Jing Zhang
8/13/1968
28278 Gray Barn Ln
Lake Barrington IL 60010-7700

September 27, 2022

Jing Zhang
8/13/1968
28278 Gray Barn Ln
Lake Barrington IL 60010-7700

Dear Whom it Re:
Jing Zhang
08/13/1968
28278 Gray Barn Ln
Lake Barrington IL 60010-7700

To whom it may concern,
Patient, Jing Zhang, is currently under my treatment for Recurrent Major Depressive Disorder
and Generalized Anxiety Disorder. Due to the severity of symptoms of Jing's underlying medical
condition, she is to be on medical leave until the next outpatient appointment which is
scheduled for 11/8/2022. For any additional questions or concerns, please contact my office
directly at 815-334-5018. Thank you.

Sincerely,

CONFIDENTIAL

 **Northwestern**
Medicine·

RMG 10350 HALIGUS RD AMB
NM PSYCHOLOGY
10350 HALIGUS RD STE 200D
HUNTLEY IL 60142-9585
815-338-6600
847-669-2980

November 30, 2022

Jing Zhang
8/13/1968
28278 Gray Barn Ln
Lake Barrington IL 60010-7700

To whom it may concern,

Patient, Jing Zhang, is currently under my treatment for Recurrent Major Depressive Disorder and Generalized Anxiety Disorder. Due to the severity of symptoms of Jing's underlying medical condition, she is to be on medical leave until the next outpatient appointment which is scheduled for 1/31/2023. For any additional questions or concerns, please contact my office directly at 815-334-5018. Thank you.

Sincerely,

Gabriel C. Fuqua, MD
10350 Haligus Rd Ste 200d
Huntley IL 60142-9585
815-338-6600

**Regional** Medical Group
**10350** Haligus Road, Suite 200
**Huntley,** IL 60142

CONFIDENTIAL



Exhibit I

**From:** "ZHANG, JING (Jessica)" <JIZHANG@BOCUSA.COM>
**Date:** Wednesday, September 21, 2022 at 7:55:12 PM
**To:** "WONG, ALAN" <ALANWONG@BOCUSA.COM>, "LIU, ZHIDAN" <ZDLIU@BOCUSA.COM>
**Cc:** "WANG, DAN" <DWANG1@BOCUSA.COM>
**Subject:** Age discrimination

Alan and Mr.Liu,

From the promotion list released last week, I found Ms. Wang-Leon, Kailin has been promoted to Senior Vice President(SVP) OF Chicago Branch. Kailin and I were promoted to VP together in 2017, we both work hard and made good contribution for CHB, however, right now there's a huge gap between my ranking(VP3) and hers. I felt being discriminated by my age.

Below is the BOC Employee Development Point Policy for your reference.

#### 4.1.1. Performance Evaluation ("PE") Points

| PE Rating and Points | | | | | | |
|---|---|---|---|---|---|---|
| PE Rating | A+ | A | B+ | B | C | D |
| Points | 8 | 6 | 4 | 2 | -4 | -8 |

| Minimum Points Requirement | | |
|---|---|---|
| Personal Grade and Level after Promotion | Promote 1 Level | Promote 2 Levels or Grade Promotion |
| Head of Department | | 18 |
| Deputy Head of Department | | 18 |
| Vice President 4-5 | 18 | 18 |
| Vice President 1-3 | 12 | 16 |
| Assistant Vice President 1-5 | 12 | 14 |
| Associate 1-3 | 12 | 14 |
| Clerk 1-6 | 12 | 14 |

Best regards

Jessica


*Jessica Zhang*
Vice President – Corporate Banking
Bank of China, Chicago Branch
111 S. Wacker Drive,  Suite 4800, Chicago, IL 60606
Tel: (312)753-6727
Fax: (312)753-6721

 

Exhibit J

**Bank of China, U.S. Branches**



# Human Resources Department

| Job Description |
|---|

| Title | Last Review Date |
|---|---|
| Vice President | September 2022 |
| **Department (N/A if MD/EVP)** | **Team** |
| Chicago Branch | **CBD 2** |
| **Supervisor Title** | |
| SVP | |

| Job Summary |
|---|

Vice President assists the Deputy Branch Manager in overall business development, asset management and reporting for a portfolio of loans focusing on investment grade companies, US companies expanding their business and Chinese companies expanding their operations to the United States. This incumbent also supervises and manages the team function and manages a portfolio of bilateral and syndicated loans to ensure an appropriate level of risk and return that is consistent with the strategic direction of the bank.

| Supervisory Responsibility |
|---|

**Description:**

| Title | Number of Direct Reports |
|---|---|
| AVP | 1 |
| Associate | 1 |

| Main Duties | Description of Duties | % hours/week |
|---|---|---|
| Business Development | • Serve as primary contact for customer relationships;<br><br>• Identify, explore and analyze potential customers; understand their business, industry, threats and opportunities, existing banking relationship, existing and potential financial needs, etc.<br><br>• Maintain and enhance existing client relationships through customer onsite visit and regular communications to ensure the completeness and timely compliance of all aspects of client relationships;<br><br>• Structure, supervise and negotiate the term sheet and/or commitment letter within parameters defined by credit decisions with relevant parties;<br><br>• Provide advisory services to US companies looking to expand their operations to China and to Chinese companies looking to expand their operations to the US. | 30% |

| Team building and management | • Provide guidance and support to the team member about their career development and planning; <br><br> • Help team members achieve success within their required roles. <br><br> • Conduct performance evaluations of employees. <br><br> • Provide support to team member's training and development activities. <br><br> • Monitor team performance to ensure objectives are met. <br><br> • Strengthen team bond and ensure all team members are working together efficiently and effectively. | 20% |
|---|---|---|
| Operation and Management | • Oversee department operations to ensure the successful achievement of targets and goals set by the branch management <br><br> • Develop appropriate account management methodologies and tracking system to ensure the efficiency and accuracy of loan management <br><br> • Review and validate the credit proposals and other documents drafted by the team <br><br> • Work with QCU team to prepare the documents for auditor and answer their questions in the timely manner. <br><br> • Be responsible for drafting and preparation of section reports for senior management team, including but not limit to team performance review, business forecast, market analysis, strategy preview etc. | 20% |

| | | |
|---|---|---|
| Compliance | <ul><li>Work closely with the other department, such as Compliance, Risk Management Department and QCU to ensure that the operation of the department is in compliance with the related bank policies, including but not limited to credit risk policy and guidelines, security control manual and compliance policies and procedures</li><li>Ensure the China Desk team members understands and adheres to all applicable rules, policies and regulations promulgated by the Bank of China</li><li>Oversee the compliance and monitoring of activities, of all applicable laws and regulations regarding anti-money laundering, Bank Secrecy Act, currency transaction reporting, and suspicious activity reporting</li></ul> | 20% |
| Corporate Bank Products Promotion | <ul><li>Cross-sell the Bank's products/services to clients</li><li>Actively participate in business development and community activities that promote the increase of the Bank's visibility and to enhance new business opportunities</li></ul> | 10% |
| **Other Duties** | | |
| This job description reflects management's assignment of essential functions, and it does not prescribe or restrict the tasks that may be assigned. | | |

| Job Requirements | |
|---|---|
| **Type of Work Experience** | **Years of Work Experience** |
| Experience in commercial Banking Industry | 7 years and above |
| | |
| | |

**Education**
Bachelor's Degree majoring in finance, accounting, economics, business administration and related fields.

**Professional Certifications/Designations**
CFA or Formal Credit Training preferred

**Competencies**

**General**
Integrity, Professionalism, Communication (verbal, written), Task orientation, Time Management, Cultural Sensitivity, Team Orientation

**Specific Skills:** Relationship management; Marketing; management knowledge; risk management and assessment knowledge; due diligence processing knowledge.

**Specific Knowledge**

**Additional Eligibility Qualifications**


**Physical Demands**

This is a largely sedentary role; however, some filing is required, which would require the ability to lift files, open filing cabinets and bend or stand on a stool as necessary. In addition, operation of standard office equipment, such as computers, phones, photocopiers, fax machines, cell phones and the like, is also required. Communication with other employees, both orally and in writing is required. Reasonable accommodations will be made to enable individuals with disabilities to perform the essential functions.

**Work Environment**

This job operates in a clerical, office setting. This role routinely uses standard office equipment such as computers, phones, photocopiers, filing cabinets and fax machines. In addition, employees may be required to work in close proximity to others, and are often required to collaborate with and assist others as a regular part of their duties

| Authorization Supervisor(s) Review | |
|---|---|
| Dept. Head/above<br><br>_____<br>Signature<br><br>_____<br>Title | Dept. Head/above (if applicable)<br><br>_____<br>Signature<br><br>_____<br>Title |
| **HRD Review** | |
| **FLSA Status** | |
| <br>_____<br>Signature<br><br>_____<br>Title | |

Exhibit K

**Bank of China, U.S. Branches**

# Human Resources Department



## Job Description

| Title | Last Review Date |
|---|---|
| Senior Vice President, QCU-in-Charge | 9/2022 |
| **Department (N/A if MD/EVP)** | **Team** |
| Chicago Branch (CHB) | Middle Desk |

| Supervisor Title | |
|---|---|
| Senior Vice President & Branch Manager | |

| Job Summary | |
|---|---|
| The VP of Middle Desk (QCU-in-Charge) supports the Branch Management to lead a team in managing branch's overall risk. Implement all aspect of bank's risk management program including develop quality control test to ensure sound risk management, in compliance with regulatory requirements and in line with Bank's strategy. | |

| Supervisory Responsibility | |
|---|---|

**Description:**
The role is to oversee Chicago Branch Middle Desk, which includes QCU.

| Title | Number of Direct Reports |
|---|---|
| Associate | 2 |
| AVP | 2 |
| VP | 1 |

| Main Duties | Description of Duties | % hours/week |
|---|---|---|

| Risk and Compliance | - Support all aspects of the ERM program, such as various risk assessments, control test, risk inventory review, risk issue tracking and reporting<br><br>- Ensure the branch's risk profile is in line with the overall bank's risk appetite and strategy<br><br>- Develop, apply and maintain quality requirements and standards for Branch<br><br>- Set up various risks types parameters, review self-risks assessment, monitoring reports generated by QCU associates to ensure accuracy, completeness and consistency of all risk reporting<br><br>- Manage the suite of metrics used for assessment, reporting and monitoring of risks<br><br>- Escalate any risk concerns and breaches of risk metrics to supervisor and to 2nd line of defense as necessary<br><br>- Review data in the Bank's risk inventory ensuring completeness, consistency and accuracy at all times<br><br>- Monitor the departmental KRIs and report any breaches<br><br>- Serve as the primary quality assurance for all issues pertaining to the quality of the department's transactions, processes and procedures<br><br>- Conduct periodic reviews to ensure staff adherence to the bank policies, procedures and regulatory requirements<br><br>- Design and promote the usage of standard tools for risk assessments across the organization<br><br>- Work with compliance team and LOBs on interpretation and implementation of compliance related procedures<br><br>- Manage operational implementation of technology and policy change | 60% |
|---|---|---|

| People Management | • Allocate use of available resources, plan and implement procedures and systems to maximize operating efficiency and in line with Bank's strategy | 20% |
| | • Set employee goals and objectives | |
| | • Support employees with training and development activities | |
| | • Monitor team performance to ensure objectives are met | |
| | • Conduct performance evaluations of employees | |
| Business Management | • Act as an liaison between Chicago Branch and $2^{nd}/3^{rd}$ line of defense | 10% |
| | • Handle internal and external audit requests, review and deliver all related documentation prepared by business teams | |
| | • Conduct periodic review of each department's policies and procedures and recommend changes as needed | |
| | • Ensure staff adherence to data integrity policies and procedures | |
| Others | • Handle Ad-hoc project and tasks assigned by the supervisor | 10% |

| Other Duties |
| --- |
| This job description reflects management's assignment of essential functions, and it does not prescribe or restrict the tasks that may be assigned. |

| Job Requirements | |
|---|---|
| **Type of Work Experience** | **Years of Work Experience** |
| Banking and/or financial sector | 7+ years |
| | |
| | |

**Education**
Bachelor degree in business or finance required. Master degree in business or finance preferred.

**Professional Certifications/Designations**
CAMS Preferred

| Competencies |
|---|

**General**
Strong interpersonal, communication (written and verbal), and organizational skills with the ability to work independently, as well as collaboratively in a team environment

Ability to interact effectively with all levels of management, legal counsel, regulators and examiners

Strong decision making, analytical and investigative skills

Must be open minded, detail oriented and able to multi task

Proficient in Microsoft Office Suite

**Specific Skills**
Strong Management and Leadership Skills, Strong Coaching Skills, Strong Analysis and Problem Solving Skills, Strong Risk Management Skills, Bilingual Preferred

**Specific Knowledge**
In-depth knowledge of commercial loan products, deposit products, and trade finance products

In-depth knowledge of commercial bank operations and workflows

In-depth knowledge of regulatory requirements for commercial bank, three lines of defense and relevant risk management functions

Strong ability to understand complex deal structure, pricing strategy, and capital and liquidity constraints

Extensive hands on experience in portfolio management

Solid understanding of Bank of China's policies and procedures, and bank's products and business procedures

**Additional Eligibility Qualifications**
N/A

**Physical Demands**

This is a largely sedentary role; however, some filing is required, which would require the ability to lift files, open filing cabinets and bend or stand on a stool as necessary. In addition, operation of standard office equipment, such as computers, phones, photocopiers, fax machines, cell phones and the like, is also required. Communication with other employees, both orally and in writing is required. Reasonable accommodations will be made to enable individuals with disabilities to perform the essential functions.

**Work Environment**

This job operates in a clerical, office setting. This role routinely uses standard office equipment such as computers, phones, photocopiers, filing cabinets and fax machines. In addition, employees may be required to work in close proximity to others, and are often required to collaborate with and assist others as a regular part of their duties

**Authorization**
**Supervisor(s) Review**

| Dept. Head/above | Dept. Head/above (if applicable) |
|---|---|
| _____ | _____ |
| Signature | Signature |
| _____ | _____ |
| Title | Title |

**HRD Review**

**FLSA Status**

_____
Signature

_____
Title